STATE EX REL. W. YALE SMILEY v. MIKE HOLM.[1]

October 31, 1931.

No. 28,825.

*George T. Simpson,* and *John A. Weeks,* for appellant.
*Henry N. Benson,* Attorney General, and *William H. Gurnee,* Assistant Attorney General, for respondent.

PER CURIAM.

The appeal is from a judgment.

The case was here before and our opinion filed October 9, 1931, 184 Minn. 228, 238 N. W. 494. The questions involved in this appeal are the same as those involved in the former appeal. They seem to be identical. For reasons given in the previous opinion and upon authority of that opinion, the judgment from which this appeal was taken is affirmed.

[1] Reported in 238 N. W. 792.